**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| SHARI LINDENBAUM, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>CVS HEALTH CORPORATION, a Delaware corporation,<br><br>    *Defendant.* | Case No. 1:17-cv-1863-JG<br><br>Judge: James S. Gwin |

**DECLARATION OF JULIE JUERGENS IN SUPPORT OF DEFENDANT CVS HEALTH CORPORATION'S REQUEST FOR JUDICIAL NOTICE**

I, Julie Juergens, do hereby declare as follows:

1. I am a partner with the law firm of Gallagher Sharp LLP and have personal knowledge of the matters set forth in this declaration.

2. I am a member in good standing of the State Bar of Ohio.

3. Attached hereto as **Exhibit A** is a true and correct copy of the General Docket in the matter *ACA Int'l v. Federal Communications Commission*, Case No. 15-1211 (D.C. Cir.) as of November 1, 2017.

1

4. Attached hereto as **Exhibit B** is a true and correct copy of the November 25, 2015 Joint Brief for Petitioners (Doc. # 1585568), in the matter *ACA Int'l v. Federal Communications Commission*, Case No. 15-1211 (D.C. Cir.).

5. Attached hereto as **Exhibit C** is a true and correct copy of ACA International's July 13, 2015 Amended Petition for Review (Doc. # 1562251), in the matter *ACA Int'l v. Federal Communications Commission*, Case No. 15-1211 (D.C. Cir.).

6. Attached hereto as **Exhibit D** is a true and correct copy of the October 19, 2016 Courtroom Minutes of Oral Argument (Doc. # 1641668), in the matter *ACA Int'l v. Federal Communications Commission*, Case No. 15-1211 (D.C. Cir.).

7. Attached hereto as **Exhibit E** is a true and correct copy of a July 10, 2015 Federal Communications Commission Declaratory Ruling, in *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, (F.C.C.) (CG Docket No. 02-278).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of November, 2017 in Cleveland, Ohio.

/s/ Julie Juergens
Julie Juergens

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                              /s/ Julie Juergens
                              Julie Juergens

73208905v.1