# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SHARI LINDENBAUM, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>CVS HEALTH CORPORATION, a Delaware corporation,<br><br>        Defendants. | Case No.  1:17-cv-1863<br><br>Judge James S. Gwin |

## [PROPOSED] ORDER GRANTING CVS HEALTH CORPORATION'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR IN THE ALTERNATIVE, TO STAY THE ACTION

After considering the papers submitted and any opposition or reply papers, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

(1) CVS Health Corporation's Motion for Judgment on the Pleadings, or in the Alternative, to Stay the Action, is GRANTED;

(2) Plaintiff's Complaint is Dismissed in its entirety and with prejudice;

(3) Judgment is entered in favor of CVS Health Corporation.

Dated:

                                          Honorable James S. Gwin
                                          United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Julie Juergens
Julie Juergens

73208905v.1