UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------

|  |  |  |
|---|---|---|
| SHARI LINDENBAUM, | : | CASE NO. 1:17-CV-1863 |
| Plaintiff, | : |  |
| vs. | : | JUDGMENT |
| CVS HEALTH CORPORATION, | : |  |
| Defendant. | : |  |

-------------------------------------------------------

**JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:**

The Court has issued its opinion in the above-captioned matter.  For the reasons stated in that opinion, this Court **GRANTS** Defendant's motion for judgment on the pleadings and dismisses Defendant's motion for a stay as **MOOT**.  Accordingly, this action is terminated under Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

Dated:  January 22, 2018                            *s/          James S. Gwin*
                                                                    JAMES S. GWIN
                                                                    UNITED STATES DISTRICT JUDGE